# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ISIX IP LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>*Defendant*. | Civil Action No. 6:22-cv-201-ADA-DTG<br><br>JURY TRIAL DEMANDED |

## CLAIM CONSTRUCTION ORDER

Before the Court are the Parties' claim construction briefs: Defendant International Business Machines Corporation's ("IBM") Opening Claim Construction Brief (ECF No. 23), Plaintiff Isix IP LLC's ("Isix") Responsive Claim Construction Brief (ECF No. 24), Defendants' Reply Claim Construction Brief (ECF No. 26), Plaintiffs' Sur-Reply (ECF No. 27), and the Joint Claim Construction Statement (ECF No. 28). On December 21, 2023, the Court provided the parties with its Preliminary Claim Constructions, and on December 22, 2023, the Court held a *Markman* hearing. The Court issues this Order to memorialize the Court's final claim construction rulings for the parties, and to inform the parties that the Court plans to issue a more-detailed Order explaining its analysis in due course. The deadline to file any objections to the undersigned's claim construction rulings (pursuant to Federal Rules of Civil Procedure 59 and 72) do not need to be filed until 14 days after that more fulsome Order is entered upon the docket.

**SIGNED** this 4th day of January, 2022.

_____
Derek T. Gilliland
United States Magistrate Judge

| Claim Term / Phrase | Court's Final Construction |
|---|---|
| "A system for integrating data among heterogeneous source applications and destination applications"<br><br>Claims 1 and 23 | The preamble is limiting. Plain and Ordinary Meaning |
| "A repository of information relating to the source applications and the destination applications"<br><br>Claim 1 | Plain and Ordinary Meaning |
| "Data element[s]"<br><br>Claims 1, 3, 4, 10, 19, 20, 23, 25, 26, 29, 32 | individual unit[s] of reusable code |
| "Module"<br><br>Claims 1, 3-5, 7, 21, 23-25, 31-32 | Not indefinite under §112, ¶ 6. Plain and ordinary meaning. |
| "Active component"<br><br>Claims 1, 18, 21-23, 31, 32 | Not indefinite under §112, ¶ 6. Plain and ordinary meaning. |
| "Active component connected to the repository having an input for loading data from the source applications, and an output for populating the destination applications with processed data"<br><br>Claim 1 | Not indefinite under §112, ¶ 6. Plain and Ordinary Meaning |

| Claim Term / Phrase | Court's Final Construction |
|---|---|
| "An interfacer for populating the destination applications with data from the temporary data storage after the data is processed by the active component"<br><br>Claim 23 | Not indefinite under §112, ¶ 6. Plain and Ordinary Meaning |